UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                         CASE NO.: 2:22-cr-40-SPC-KCD

CHRISTOPHER ORTIZ

## ORDER

Before the Court is Defendant Christopher Ortiz's Motion for Court Order to Permit Expert Access to Detained Defendant to Assist Court-Appointed Counsel. (Doc. 41). Defendant has hired Dr. Pat Capozzoli, a clinical psychologist, to render an expert opinion. To do so, Defendant says that Dr. Capozzoli must meet with him in a private room—with a table and chairs, as well as an electrical outlet for his laptop—at the Charlotte County Jail on September 25, 2023, between 9:00 a.m. and 5:00 p.m.

In considering the motion, the Court finds good reason to allow Dr. Capozzoli to evaluate Defendant in a private room (with a table and chairs, as well as an electrical outlet) at the Charlotte County Jail on the scheduled date. In addition, Dr. Machlus must provide any necessary identification and follow Charlotte County Jail's procedures while at the facility.

Accordingly, it is

**ORDERED:**

Defendant Christopher Ortiz's Motion for Court Order to Permit Expert Access to Detained Defendant to Assist Court-Appointed Counsel (Doc. 41) is **GRANTED**. Dr. Capozzoli is **AUTHORIZED** to evaluate Defendant on **September 25, 2023**, between 9:00 am and 5:00 pm at the Charlotte County Jail.

**DONE AND ORDERED** in Fort Myers, Florida on August 22, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

2