UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                          CASE NO.: 2:22-cr-40-SPC-KCD

CHRISTOPHER NOEL ORTIZ

## ORDER

Defendant Christopher Ortiz is currently pending final revocation for violations of supervised release. The United States Probation Office has coordinated a mental health evaluation of the defendant while he is at the Charlotte County Jail. United States Probation Officer Katrina Harmaty has arranged for Jennifer Capuano, Intake Clinician, from the David Lawrence Center to perform an evaluation of the defendant on **November 7, 2023 at 1:00pm** at the Charlotte County Jail.

The Court finds good reason to allow Jennifer Capuano from the David Lawrence Center to evaluate the Defendant at the Charlotte County Jail on the scheduled date and time. In addition, Jennifer Capuano must provide any necessary identification and follow Charlotte County Jail's procedures while at the facility.

Accordingly, it is

**ORDERED:**

Jennifer Capuano, Intake Clinician, from the David Lawrence Center, is **AUTHORIZED** to perform an evaluation of the defendant on **November 7, 2023 at 1:00pm** at the Charlotte County Jail.

**DONE AND ORDERED** in Fort Myers, Florida on November 3, 2023.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record
United States Marshals Service – Fort Myers