UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-40-SPC-KCD

CHRISTOPHER NOEL ORTIZ

**AMENDED ORDER AUTHORIZING EVALUATION**

Defendant Christopher Ortiz is currently pending final revocation for violations of supervised release. The United States Probation Office has coordinated a mental health evaluation of the defendant while he is at the Charlotte County Jail. United States Probation Officer Katrina Harmaty has arranged for the David Lawrence Center to perform an evaluation of the defendant on **November 7, 2023 at 1:00pm.** The evaluation will be conducted virtually by an Intake Clinician from the David Lawrence Center with the defendant appearing remotely from the jail. The David Lawrence Center will provide the information for joining the virtual evaluation to the Charlotte County Jail.

The Court finds good reason to allow the David Lawrence Center to evaluate the Defendant virtually from the Charlotte County Jail on the scheduled date and time. In addition, the David Lawrence Center Intake Clinician must provide all necessary identification and follow Charlotte County Jail's procedures while conducting the evaluation.

Accordingly, it is

**ORDERED:**

An Intake Clinician from the David Lawrence Center is **AUTHORIZED** to perform a virtual evaluation of Defendant Christopher Ortiz on **November 7, 2023 at 1:00pm** from the Charlotte County Jail.

**DONE AND ORDERED** in Fort Myers, Florida on November 3, 2023.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record